**John F. McBURNEY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7013.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2011.

---

Mark J. McBurney, McBurney & McBurney, of Pawtucket, Rhode Island, argued for claimant-appellant.

P. Davis Oliver, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Kirk T. Manhardt, Assistant Director, and Meredyth Cohen Havasy, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Veterans Affairs, of Washington, DC.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**